**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 2013-28 (WOB-CJS)**

**STEPHEN WADE**                                                                 **PLAINTIFF**

**VS.**                                              **ORDER**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 21), and there being no objections filed thereto, and the Court being advised,

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. 21) be, and it is, hereby adopted as the findings of fact and conclusions of law of the court; that plaintiff's motion for attorney's fees pursuant to the Equal Access of Justice Act, 28 U.S.C. § 2412 (Doc. 17) be, and is hereby, **granted in part and denied in part** as to the extent plaintiff seeks an award but **denied in part** to the extent plaintiff seeks an award of attorney's fees at a rate of $150 per hour; that plaintiff is awarded attorney's fees in the amount **$2,375.00,** based on the rate of $125 per hour for 19 hours of service, and costs and expenses in the amount of **$363.12.** Plaintiff is entitled to fees in the amount of

**$2,738.12,** with such fees to be paid directly to plaintiff Stephen Wade and not his attorney.

This 23rd day of January, 2015.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge